DAVID W. KEEN, Respondent, v. JOSEPH SPATT and ISIDOR JACOBS, Appellants, and HENRY B. SALTMAN, Defendant. (Appeal No. 1.) — Order directing clerk at Trial Term to accept note of issue and to file it as of November 16, 1925, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ., concur.

DAVID W. KEEN, Appellant, v. JOSEPH SPATT, Respondent, and ISIDOR JACOBS and Others, Defendants. (Appeal No. 2.) — Order granting in part the motion of defendant Spatt to vacate notice of examination before trial reversed upon

49

the law, in so far as appealed from, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, upon authority of *McGrath* v. *Blumenthal* (220 App. Div. 781). Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ., concur.